UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| N & K, INCORPORATED | CIVIL ACTION |
| VERSUS | NO. 06-10844 |
| STEIGHNER CRANE SERVICE, INC., ET AL | SECTION "C" (5) |

ORDER AND REASONS

IT IS ORDERED that the motion for summary judgment filed by Steighner Crane Service, Inc., previously noticed for hearing on April 16, 2008, is DISMISSED without prejudice. (Rec. Doc. 47). At the pre-trial conference on March 5, 2008, the Court ordered that the defendant include in any re-filed motion for summary judgment "legal research as to the requirements, source, nature and scope of any claimed immunity." (Rec. Doc. 40). This motion provides essentially the identical factual and legal support as the earlier denied motion. (Rec. Docs. 13, 26, 30). The parties are advised that this Court's docket routinely contains tort and contract cases against the United States. Issues regarding immunity and agency may be complicated and involve interpretation of federal statutes, regulations and jurisprudence. In any future motion, the defendant should also address the fact that the DonJon/Steighner contract contemplates lawsuits arising out of the subject work.

New Orleans, Louisiana, this 26th day of March, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE